Craig H. Durham
Idaho State Bar No. 6428
Ferguson Durham, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208)-345-5183
F: (208)-906-8663
chd@fergusondurham.com

Jeffrey Brownson
Idaho State Bar No. 7474
Law Office of Jeffrey Brownson
223 North 6th Street, Suite 215
Boise, Idaho 83702
T: (208)-342-5800
F: (208)-437-8041
jb@jeffreybrownsonlaw.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| RACHEL CONNELL and RICHARD CONNELL,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW McCLURE, in his individual capacity; KEVIN ELLIS, in his individual capacity; and LINCOLN COUNTY, IDAHO, a governmental entity acting through its Board of Commissioners,<br><br>Defendants. | Case No. 1:18-cv-00066-EJL<br><br>**ACCEPTANCE OF SERVICE** |

ACCEPTANCE OF SERVICE - 1

*County Clerk*
~~Attorney~~ for all defendants, _Brenda Farnworth_, has been authorized to accept service on behalf of Andrew McClure, Kevin Ellis, and Lincoln County, and hereby acknowledges service of a Summons for each defendant, the Complaint, and the Litigation Order and Notice of Telephone Status Conference (Dkt. 1 through 3), with the same effect as personal service upon each defendant.

DATED this _15th_ day of _February_, ~~2017~~ 2018.

By: _Brenda Farnworth_

ACCEPTANCE OF SERVICE - 2